**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LYNN HENDERSON, ) | CASE NO. SA CV 12-15-PSG (RZ) |
| ) | Consolidated with |
| Petitioner, ) | CASE NO. SA CV 11-0128-PSG (RZ) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| DEBORAH K. JOHNSON, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petitions of JENNIFER LYNN HENDERSON, for a writ of habeas corpus.  Having reviewed the Petitions and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petitions are denied and the actions dismissed with prejudice.

DATED: 8/2/13

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE